# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-1308 JVS (JCGx) | Date | August 18, 2016 |
| Title | Mami Nutraceuticals, LLC v. National Merchant Center, Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   <u>Order To Show Cause re Failure to Prosecute</u>

      Plaintiff Mami Nutraceuticals, LLC ("Mami") is ordered to show cause in writing within ten days why the case should not be dismissed for failure to prosecute in light of its failure to file an omnibus opposition to defendants' motions to dismiss within thirty days of the transfer of the case to this Court. (<u>See</u> Docket No. 28, ¶ 7(C).) The case was transferred on July 14, 2016. (Docket No. 37.)

      The filing of an omnibus response will be considered an adequate response

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |