UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-01308 JVS (JCGx) | Date | June 14, 2017 |
| Title | Mami Nutraceuticals, LLC v. National Merchant Center, et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order Discharging Order to Show Cause; Setting Case Management Dates; and Vacating Scheduling Conference**

The Court, having reviewed the plaintiff's Response (filed June 12, 2017 at Docket No. 101) to the Order to Show Cause issued June 5, 2017 (Docket No. 96), hereby DISCHARGES the Order to Show Cause.

Further, the Court, having reviewed the Presumptive Schedule of Pretrial Dates (filed June 12, 2017 at Docket No. 99), hereby VACATES the Scheduling Conference set for June 19, 2017 at 10:00 a.m. and sets the following case management dates with the agreement of counsel:

| | |
|---|---|
| **Court Trial** | **June 5, 2018 at 8:30 a.m.** |
| File Findings of Fact and Conclusions of law by May 29, 2018 | |
| **Final PreTrial Conference** | **May 21, 2018 at 11:00 a.m.** |
| File PreTrial Documents not later than May 14, 2018 | |
| File motions in limine not later than April 23, 2018 | |
| **Discovery Cut-off** | **March 12, 2018** |
| **Expert Discovery Cut-off** | **March 12, 2018** |
| Initial disclosure of Experts not later than January 5, 2018 | |
| Rebuttal disclosure of Experts not later than February 5, 2018 | |
| **Law and Motion Cut-off** | **April 16, 2018 at 1:30 p.m.** |
| Motions to be filed and served not later than March 19, 2018 | |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is private mediation. The Court orders that any settlement discussions shall be completed not later than December 15, 2017. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 16-01308 JVS (JCGx)                                Date  June 14, 2017

Title  Mami Nutraceuticals, LLC v. National Merchant Center, et al.

discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

cc: ADR Office

                                                                                              :     00
                                                                       Initials of Preparer    kjt