JOHN W. PETERSON (SBN: 179343)
POLSINELLI, LLP
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone:  (615) 259-1510
Facsimile:   (615) 259-1573
Email: john.peterson@polsinelli.com

Attorney for Defendant Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MAMI NUTRACEUTICALS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL MERCHANT CENTER, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 8:16-cv-01308-JVS-JCG<br><br>**ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT**<br><br>Date:<br>Judge:    Hon. James V. Selna |

Before the Court is the parties' Stipulation and Joint Motion to Extend Defendants' Time to Answer Plaintiff's Second Amended Complaint (Docket No. 104). Having reviewed the stipulation and motion, the Court finds good cause to grant the stipulated extension. Accordingly, the Court hereby extends the deadline for Defendants to file an answer to the Second Amended Complaint to and including June 30, 2017.

59292159.1

1  The Court further finds that should Plaintiff file another amended complaint,
2  Defendants need not answer the Second Amended Complaint and shall answer or
3  otherwise respond to the subsequent amended complaint no later than fourteen (14)
4  days after the service thereof. Fed. R. Civ. P. 15(a)(3).
5  **IT IS SO ORDERED**.

8  DATED: June 21, 2017

   _____
   JAMES V. SELNA
   U.S. DISTRICT JUDGE