KAPLAN YOUNG MOLL PARRÓN PLLC
Derek R. Young, Esq. (Fla. Bar No. 45227)
600 Brickell Avenue, Suite 1715
Miami, Florida 33129
Telephone: (305)531-2424
Facsimile: (305) 531-2405
Email: *dyoung@kymplaw.com*

Attorney for Plaintiff
MAMI NUTRACEUTICALS, LLC

## UNITED STATES DISTRICT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MAMI NUTRACEUTICALS, LLC, | ) Case No.: 8:16-cv-01308-JVS-JCG |
| Plaintiff, | ) **PLAINTIFF'S NOTICE OF SERVICE OF** |
| | ) **FIRST SET OF INTERROGATORIES TO** |
| vs. | ) **DEFENDANTS, NATIONAL MERCHANT** |
| | ) **CENTER, INC. AND WELLS FARGO,** |
| NATIONAL MERCHANT CENTER, INC., et. al, | ) **N.A.** |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Plaintiff, Mami Nutraceuticals, LLC, through undersigned counsel, hereby gives notice

that on March 22, 2018, it served its First Set of Interrogatories to Defendants, National Merchant

Center, Inc., and Wells Fargo, N.A.

Respectfully submitted,

**KAPLAN YOUNG & MOLL PARRÓN PLLC**
*Attorneys for Mami Nutraceuticals, LLC*
Brickell World Plaza
600 Brickell Avenue
Suite 1715
Miami, Florida 33131
Tel: (305) 531-2424
Fax: (305) 531-2405

By: */s/ Derek R. Young*
DEREK R. YOUNG, ESQ.
Florida Bar No. 45227
*dyoung@kymplaw.com*

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5-3.2.1, I hereby certify that a true and accurate copy of the above and foregoing has been furnished to those parties registered to receive service via CM/ECF, on this 22[th] day of March, 2018.

/s/ Derek Young
Derek R. Young, Esq