Jeffrey Alpert, Esq., SBN 165997
Dean Asher, Esq., SBN 248084
Judith Khakshouy, Esq., SBN 305318
ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436
Telephone:  (818) 285-5370
Facsimile:  (818) 285-5371
Email:      jeff@alpertlawgroup.com

Attorneys for Defendant,
National Merchant Center, Inc.

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAMI NUTRACEUTICALS, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>NATIONAL MERCHANT CENTER, INC., et al,<br><br>       Defendants. | Case No.: 8:16-cv-01308<br><br>**ORDER GRANTING DEFENDANT NATIONAL MERCHANT CENTER INC.'S AND WELLS FARGO NA'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(B)**<br><br>Date:    April 16, 2018<br>Time:    1:30 p.m.<br>Ctrm:    10C<br>Judge:  Hon. James V. Selna |

TO ALL PARTIES AND THEIR ATTORNEYS:

      Defendants', National Merchant Center, Inc. and Wells Fargo, N.A., Motion to Dismiss for Failure to Prosecute Pursuant to Federal Rule of Civil Procedure Rule 41(b) came before the Court on April 16, 2018 at 1:30 p.m. Appearances were as noted on the record.

ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436

-1-

The Court having received and read the Motion papers, including any supporting declarations filed therein, and being so advised in the matter and finding good cause, orders as follows:

IT IS ORDERED that Defendants', National Merchant Center, Inc. and Wells Fargo, N.A., Motion to Dismiss for Failure to Prosecute Pursuant to Federal Rule of Civil Procedure Rule 41(b) is granted.

IT IS FURTHER ORDERED that this action is hereby dismissed without prejudice.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

DATED: April 26, 2018 _____
HON. JAMES V. SELNA
U.S. DISTRICT JUDGE

ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436

ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436